# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2019

## NO. 03-18-00273-CV

**William Anthony Brubaker, Appellant**

**v.**

**Patricia Byrne Brubaker, Appellee**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
CONCURRING AND DISSENTING OPINION BY JUSTICE GOODWIN
SEVERED AND AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on January 7, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the trial court's decree dividing the parties' property. Therefore, the Court reverses that portion of the trial court's decree and remands this cause for a new trial on property division. Furthermore, the Court severs and affirms the remainder of the trial court's decree, including the portion granting the parties' divorce. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.